Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00C 6128 | **DATE** | 4/5/02 |
| **CASE TITLE** | Jeans v Board | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☒ Trial[set for/re-set for] on _____ at *date confirmed*.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) [Other docket entry] Motion to file trial brief after submission of final pretrial order is granted. Motion to file motions in limine denied. Court rejects plaintiff's written offer of proof for reasons stated in open court. On "pretext" issue, counsel may consider Russell v Acme-Evans, 51 F 3d 64, 68 (7th Cir 1995); Brill v Lante Corp., 119 F 3d 1266, 1273 (7th Cir 1997); Clay v Holy Cross Hosp., 253 F 3d 1000, 1005 (7th Cir 2001): and Jordan v Summers, 205 F 3d 337, 343 (7th Cir. 2000). Trial date stands.
(11) [For further detail see *Charles Norgle*]

| No notices required, advised in open court. | | | |
|---|---|---|---|
| No notices required. | | number of notices | **Document Number** |
| Notices mailed by judge's staff. | | | |
| Notified counsel by telephone. | | APR 09 2002 date docketed | |
| ☒ Docketing to mail notices. | | *nw* docketing deputy initials | 26 |
| Mail AO 450 form. | | | |
| Copy to judge/magistrate judge. | U.S. DISTRICT COURT CLERK | | |
| | 02 APR -9 AM 8:01 | date mailed notice | |
| courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |